IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VORRIS BENJAMIN HUNTER, | ) |
| Plaintiff, | ) **Case No:** 16-cv-7277-WHO |
| vs. | ) **ORDER RE: STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO APRIL 4, 2017 at 2:00 p.m.** |
| REALPAGE, INC. | ) |
| Defendant. | ) |

### ORDER

Having reviewed the stipulation submitted by Plaintiff and Defendant in this action, and finding that good cause exists for continuing the Case Management Conference, it is hereby ordered:

The Case Management Conference of March 28, 2017, is continued to April 4, 2017 at 2:00 p.m.

Dated: March 3, 2017

_____
Hon. William H. Orrick
United States District Judge

1

ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE