Stephanie R. Tatar (237792)
**THE TATAR LAW FIRM**
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@thetatarlawfirm.com

Attorneys for Plaintiff
VORRIS BENJAMIN HUNTER

Ronald I. Raether (SBN 303118)
Jessica R. Lohr (SBN 3023348)
**TROUTMAN SANDERS LLP**
5 Park Plaza Suite 1400
Irvine, CA 92614-2545
Telephone:  (949) 622-2722
Facsimile:  (949) 622-2739
ronald.raether@troutmansanders.com
jessica.lohr@troutmansanders.com

Attorneys for Defendant
REALPAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VORRIS BENJAMIN HUNTER, | CASE NO. 3:16-cv-07277-WHO |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| REALPAGE, INC., | |
| Defendant. | |

31303371

Plaintiff Vorris Benjamin Hunter and Defendant RealPage, Inc. (collectively, "the parties") hereby notify the Court that they have settled all claims between them in this matter and are in the process of drafting settlement documents.  The parties request that the Court retain jurisdiction for any matters related to completing or enforcing the settlement.  The parties anticipate filing papers to dismiss all claims by July 10, 2017.  Thus, the parties request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after July 10, 2017 for filing appropriate dismissal papers.

                    Respectfully submitted,

Dated:  May 9, 2017

/s/ Stephanie R. Tatar
Stephanie R. Tatar (237792)
THE TATAR LAW FIRM
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@TheTatarLawFirm.com

Attorneys for Plaintiff
Vorris Benjamin Hunter

/s/ Jessica Rose Ellis Lohr
Jessica Rose Ellis Lohr (302348)
TROUTMAN SANDERS LLP
5 Park Plaza Suite 1400
Irvine, CA 92614-2545
Telephone: 949-622-2700
Fax: 949-622-2739
jessica.lohr@troutmansanders.com

Attorneys for Defendant
RealPage, Inc.

### ATTESTATION OF FILER

Pursuant to L.R. 5-1(i)(3), the undersigned hereby attests that all parties have concurred in the filing of this notice.

*/s/ Jessica R. Lohr*
Jessica R. Lohr

31303371

CASE NO. 3:16-CV-07277-WHO
NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 9, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5-1. Any other counsel of record will be served by electronic mail.

*/s/ Jessica R. Lohr*
Jessica R. Lohr

31303371

CASE NO. 3:16-CV-07277-WHO
NOTICE OF SETTLEMENT